DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL A. MITCHELL**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-2762

[November 21, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case No. 501996CF009161BXXXMB.

Michael A. Mitchell, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***